CURTIS V. RODRIGUEZ, ESQ.  SBN 113198
1625 The Alameda. Suite 800
San Jose, California  95126
Tel: (408) 838-1539
Attorney for Defendant
FERMIN LOZANO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00274-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF FERMIN LOZANO GONZALEZ; ORDER |
| v. | |
| CARLOS GARCIA WELDON, SANDRA JUDITH CASTANEDA CISNEROS, EDEL FELIX CASTRO, AND FERMIN LOZANO GONZALEZ, | DATE:  January 16, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
| Defendants. | |

STIPULATION

1. This matter was set for sentencing of Fermin Lozano Gonzalez on January 16, 2024 at 10:00 a.m.

2. By this stipulation, the parties request that the sentencing of Fermin Lozano Gonzalez be continued to March 18, 2024.  The Probation Officer Megan Pascual has no objection to continuing this matter to that date.

Dated: January 10, 2024                           PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ JEFFREY A. SPIVAK
                                                      JEFFREY A. SPIVAK
                                                      Assistant United States Attorney

Stipulation and Order to Continue Sentencing of Fermin Lozano Gonzalez

Dated: January 10, 2024                    /s/CURTIS V. RODRIGUEZ
                                            CURTIS V. RODRIGUEZ
                                            Attorney for Defendant
                                            FERMIN LOZANO GONZALEZ

**ORDER**

Counsel have clarified that the need for the continuance relates to having "some sentencing issues that need to be addressed and resolved as well as some recently received documents needed be translated." For these reasons, the Court GRANTS the stipulation and finds there is good cause to continue the sentencing hearing to March 18, 2024.

Dated:  January 11, 2024                    _____
                                            UNITED STATES DISTRICT JUDGE
                                            JENNIFER L. THURSTON

Stipulation and Order to Continue Sentencing of Fermin Lozano Gonzalez